IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI ATWOOD,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>Defendant. | 8:21CV394<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that joint motion to amend the final progression order is granted. (Filing No. 21). The unexpired deadlines in the prior progression order are amended as follows:

1) The deadlines for complete expert disclosures[1] (including identification) for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):  July 7, 2022.

    For the defendant(s):  August 8, 2022.

2) A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings remains scheduled with the undersigned magistrate judge on **June 28, 2022** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

      case to participate in the conference.

3)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

4)     All other deadlines in the Final Progression Order (Filing No. 14) remain unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of May, 2022.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*

                                United States Magistrate Judge