IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI ATWOOD,<br><br>     Plaintiff,<br><br> vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>     Defendant. | **8:21CV394**<br><br>**ORDER** |

  IT IS ORDERED that the parties' joint motion to amend the case progression order is granted. (Filing No. 68). For good cause shown, the deadlines set forth below are extended by agreement of the parties:

1) The deadline for identifying and providing complete disclosures for all expert witnesses expected to testify at trial, both retained experts and non-retained experts, with regards to Plaintiff's knee injury are:

    a. For the party with the burden of proof: October 1, 2023.

    b. For rebuttal: November 1, 2023.

2) The deadline for serving or supplementing written discovery regarding the knee issue is now December 31, 2023.

3) The Trial and Pretrial Conference settings established by the Court's Order Setting Trial (Filing No. 64) are stricken.

4) A status conference to discuss the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on January 9, 2024 at 2:00 p.m., by telephone. Counsel

shall use the conferencing instructions assigned to this case to participate in the call. (Filing No. 9).

5) Deadlines not specifically amended by this order are unchanged.

Dated this 18th day of May, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge